IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

ROBERT B. RODGERS, JR.,
    Plaintiff,

vs.                                Case No. 3:05cv429/RV/EMT

MICHAEL J. ASTRUE,
Commissioner of the
Social Security Administration,
    Defendant.
_____/

**O R D E R**

This cause comes on for consideration upon the magistrate judge's report and recommendation dated February 22, 2007. Plaintiff has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a _de novo_ determination of all timely filed objections.

Having considered the report and recommendation, and all objections thereto timely filed, I have determined that the report and recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

2. The decision of the Commissioner is **REVERSED**, this action is **REMANDED** to the Commissioner to enter a finding of total disability and award disability benefits, and the clerk is directed to close the file.

**DONE AND ORDERED** this 26th day of March, 2007.

                                        /s/ _Roger Vinson_
                                        **ROGER VINSON**
                                        **SENIOR UNITED STATES DISTRICT JUDGE**