IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

ROBERT B. RODGERS, JR.,
      Plaintiff,

vs.                            Case No.:  3:05cv429/RV/EMT

MICHAEL ASTRUE,
Commissioner of Social Security,
      Defendant.
_____/

## O R D E R

      This cause comes on for consideration upon the magistrate judge's report and recommendation dated June 29, 2007.  Plaintiff has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a de novo determination of all timely filed objections.

      Having considered the report and recommendation, and all objections thereto timely filed, I have determined that the report and recommendation should be adopted.

      Accordingly, it is now **ORDERED** as follows:

      1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

      2. Plaintiff's Motion For Attorney Fees And Costs (Doc. 32) are granted as follows:

> Plaintiff's counsel, Daniel M. Soloway, Esquire, is entitled to recover fees and expenses in the amount of $4,440.66 for representing Plaintiff before the United States District Court for the Northern District of Florida pursuant to 28 U.S.C. § 2412 (EAJA); the amount of attorney fees requested under the EAJA is reasonable; and the Commissioner is directed to pay counsel that amount.

      3. Based upon the parties' agreement (*see* Doc. 33), the award shall be mailed to Plaintiff's attorney, but be made payable to Plaintiff, Robert B. Rodgers, Jr.

      **DONE AND ORDERED** this 31st day of July, 2007.

/s/ *Roger Vinson*_____
**ROGER VINSON**
**SENIOR UNITED STATES DISTRICT JUDGE**